AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

ERIC LAVERRIERE,
    Plaintiff

V.

JORGE ORTA, THOMAS FLEMING,
ELIZABETH FLEMING, DANIELLE
MARTIN, MICHAEL MAHER and
ANTONIO MELE individually and
in their official capacities
as police officers of the City
of Waltham, Massachusetts and
the CITY OF WALTHAM, MASSACHUSETTS,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-11404 PBS**

TO: (Name and address of Defendant)

JORGE ORTA
155 LEXINGTON STREET
WALTHAM, MA 02452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HARVEY A. SCHWARTZ
LAURIE A. FRANKL
18 TREMONT STREET, SUITE 500
BOSTON, MA 02108

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 0 5 2005

CLERK                                     DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                        Signature of Server

                                         _____
                                         Address of Server

---

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

August 10, 2005

I hereby certify and return that on 8/4/2005 at 10:42AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to JENNY MARTIN, agent, person in charge at the time of service for JORGE ORTA, at , 133 LEXINGTON Street, WALTHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.70

Deputy Sheriff

0503 4757