UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC LAVERRIERE,<br>Plaintiff<br><br>vs.<br><br>JORGE ORTA, et al<br>Defendants | )<br>)<br>)<br>)<br>)   C.A. NO.: 05-11404PBS<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Jorge Orta, Thomas Fleming, Danielle Martin, Antonio Mele, Elizabeth Fleming, and Michael Maher in the above-entitled matter.

THE DEFENDANTS
By their attorney

/s/ Andrew J. Gambaccini

Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690