**United States District Court**
District of Massachusetts

05-114-4PBS

| | |
|---|---|
| **Eric Laverriere**<br>**Plaintiff**<br><br>v.<br><br>**Jorge Orta, Thomas Flemming,**<br>**Elizabeth Flemming, Danielle**<br>**Martin, Michael Maher and**<br>**Antonio Mele individually and**<br>**in their official capacities as police**<br>**Officers of the City of Waltham,**<br>**Massachusetts and the City of**<br>**Waltham, Massachusetts**<br>**Defendants** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## THE DEFENDANT, CITY OF WALTHAM'S,
## MOTION TO DISMISS PURSURANT TO
## F.R.CIV.P.RULE 12 (b) (6)

Pursuant to Fed. R. Civ. P.12 (b) (6) the Defendant, City of Waltham, respectfully moves this Honorable Court to dismiss the above case for failure to state a claim upon which relief can be granted.

As reason for this Motion the Defendant attaches and incorporates by reference the accompanying Memorandum of Law

1

REQUEST FOR HEARING

The Defendant, City of Waltham, respectfully requests a hearing on the present motion.

        The Defendant,
        City of Waltham
        By its attorneys,

/s/ Luke Stanton
_____
Luke Stanton, Esq. BBO#548619
John Cervone, Esq BBO#079900
Asst. City Solicitors
City of Waltham
119 School Street
Waltham, MA 02451
(781) 314-3330