UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eric Laverriere

        Plaintiff,                 CIVIL ACTION
                                                NO.   05-11404-PBS

     v.

Jorge Orta, et al

        Defendants.


**NOTICE OF MOTION HEARING AND
RESCHEDULED SCHEDULING CONFERENCE**


SARIS, U.S.D.J.                                                                        September 20, 2005


      Take NOTICE that the above entitled case has been set for a Motion Hearing re: Motion to Dismiss on **November 2, 2005, at 4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts.

      Please also take notice that the Scheduling Conference previously scheduled for November 2, 2005, at 3:30 p.m., has been **rescheduled** to **November 2, 2005, at 4:00 p.m.**


                                                                    By the Court,


                                                                    _./s/ Robert C. Alba_
                                                                    Deputy Clerk


Copies to:  All Counsel


resched.ntc