UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| JORGE ORTA, THOMAS FLEMING,<br>ELIZABETH FLEMING, DANIELLE<br>MARTIN, MICHAEL MAHER and<br>ANTONIO MELE individually and in<br>their official capacities as police officers<br>of the City of Waltham, Massachusetts<br>and the CITY OF WALTHAM,<br>MASSACHUSETTS<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ACKNOWLEDGMENT FOR SERVICE BY MAIL

**Acknowledgment of Receipt of Summons and Complaint**

I declare that I received a copy of the summons and the complaint in this case on ___August 19___, 2005 at 397 Grove Street, Worcester, Massachusetts 01605, and I hereby accept service on behalf of Thomas Fleming.

___August 22, 2005___
Date of Signature

___Justin M. Joyce___
Signature

___Justin M. Joyce___
Name (Please Type or Print)

___Attorney___
Relationship to Entity Served or
Authority to Receive Service of Process

___397 Grove Street Worcester, MA___
Current Address