UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC LAVERRIERE                        )
    Plaintiff                        )
                                       )
v.                                     )          C.A. No. 05-11404-PBS
                                       )
JORGE ORTA, THOMAS FLEMING,            )
ELIZABETH FLEMING, DANIELLE            )
MARTIN, MICHAEL MAHER and              )
ANTONIO MELE, individually and in      )
their official capacities as police officers )
of the City of  Waltham, Massachusetts )
and the CITY OF WALTHAM,               )
MASSACHUSETTS                          )
    Defendants.                      )

## LOCAL RULE 16.1 JOINT SCHEDULING
## CONFERENCE REPORT

1.      Preliminary Statement –

The parties certify that they have conferred prior to the scheduling conference concerning the agenda for the scheduling conference, a proposed pretrial schedule and discovery plan and consideration of trial before a magistrate, in accordance with L.R. 16.1(B).

The parties agree that that all initial disclosures will be completed within thirty days of the initial scheduling conference, now scheduled for November 2, 2005.

The parties certify that Plaintiff has discussed a settlement proposal to Defendant City of Waltham and that the Defendant will respond within 10 business days when Plaintiff formalizes his demand in writing.

2.      Agenda of Matters to be Discussed –

The parties suggest that the following matters should be addressed at the Scheduling Conference:

•      Schedule for discovery and dispositive motions.

3.      Joint Pretrial Discovery and Motion Schedule–

The Plaintiff's scheduling proposals are as follows:

| Event | Date |
|---|---|
| All written discovery served | December 16, 2005 |
| All Fed.R.Civ.P., Rule 26(a)(2) expert witness disclosures made | February 28, 2006 |
| All depositions completed | April 28, 2006 |
| All dispositive motions filed, with responses 30 days after service | June 16, 2006 |

The Defendants' scheduling proposals are as follows:

| Event | Date |
|---|---|
| All initial Interrogatories and Requests for Production of Documents | February 15, 2006 |
| All depositions completed, except for those of expert witnesses | May 15, 2006 |
| Plaintiff's expert disclosures to be made | May 30, 2006 |
| Deposition of Plaintiff's expert(s) to be completed | July 15, 2006 |
| Defendants' expert disclosures to be made | July 30, 2006 |
| Deposition of Defendants' expert(s) to be completed | September 15, 2006 |

| Requests for Admissions to be served | September 30, 2006 |
|---|---|
| Dispositive motions to be filed | November 15, 2006 |
|  |  |

4.      Limitations on discovery –

The parties have not yet determined whether the need exists to exceed the number

of discovery events stated in L.R. 26.1(C).

5.      Alternative Dispute Resolution and Trial by Magistrate –

The parties agree to confer at a later date to consider ADR, including mediation

and/or trial by magistrate.

Plaintiff                                               Defendants,

Eric Laverriere,                                  City Of Waltham, Massachusetts,
By his attorneys,                              By its attorneys,


/s/ Harvey A. Schwartz                    _____
Harvey A. Schwartz                          Luke Stanton BBO#548619
  BBO # 448080                               John Cervone BBO#079900
Laurie A. Frankl                               City of Waltham
  BBO # 647181                               Law Department
Rodgers, Powers and Schwartz, LLP    119 School Street
18 Tremont Street, Suite 500            Waltham, MA 02451
Boston, MA 02108                          781-314-3330
617-742-7010

3

Jorge Orta, Thomas Fleming, Elizabeth
Fleming, Danielle Martin, Michael
Maher and Antonio Mele,
By their attorneys,


_____
Austin M. Joyce, BBO # 255040
Andrew J. Gambaccini, BBO # 654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
508-754-7285