UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE )<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>JORGE ORTA, THOMAS FLEMING, )<br>ELIZABETH FLEMING, DANIELLE )<br>MARTIN, MICHAEL MAHER and )<br>ANTONIO MELE individually and in )<br>their official capacities as police officers )<br>of the City of Waltham, Massachusetts )<br>and the CITY OF WALTHAM, )<br>MASSACHUSETTS )<br>    **Defendants** ) | C.A. No. 05-11404-PBS |

## PLAINTIFF'S CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1

We hereby certify that I conferred with the plaintiff with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and we have considered the resolution of this litigation through the use of alternative dispute resolution programs such as mediation, mini-trial and summary jury trial.

Plaintiff's counsel,

/s/ Harvey A. Schwartz
Harvey A. Schwartz
 BBO # 448080
Laurie A. Frankl
 BBO # 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010