UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eric Laverriere
Plaintiff,
    V.                                              Civil Action Number
                                                                 05-11404-PBS

Jorge Orta, et al
Defendant.                                                  November 2, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 6/30/06

Summary Judgment Motion filing deadline: 7/15/06

Opposition to Summary Judgment Motions: 7/30/06

Reply: 9/8/06

Hearing on Summary Judgment or Pretrial Conference: 9/27/06 at 2:00 p.m.

Case to be referred to Mediation program: May, 2006

                                                                   By the Court,

                                                                  /s/ Robert C. Alba
                                                                  Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eric Laverriere
Plaintiff,
      V.                                         Civil Action Number
                                                     05-11404-PBS

Jorge Orta, et al
Defendant.                                         November 2, 2005


## SCHEDULING ORDER


Saris, D.J.,

Fact Discovery deadline: 6/30/06

Summary Judgment Motion filing deadline: 7/15/06

Opposition to Summary Judgment Motions: 7/30/06

Reply: 9/8/06

Hearing on Summary Judgment or Pretrial Conference: 9/27/06 at 2:00 p.m.

Case to be referred to Mediation program: May, 2006

                                                                By the Court,

                                                                /s/ Robert C. Alba
                                                                Deputy Clerk