UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ERIC LAVERRIERE,<br>　　　Plaintiff | )<br>)<br>)<br>) |  |
| vs. | )<br>) | C.A. NO.: 05-11404PBS |
| JORGE ORTA, et al<br>　　　Defendants | )<br>)<br>)<br>) |  |

**CERTIFICATION OF DEFENDANT ANTONIO MELE**

The undersigned party and his counsel hereby affirm that they conferred:

(a)　regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Antonio Mele

_____
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE,<br>      Plaintiff<br><br>vs.<br><br>JORGE ORTA, et al<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)   C.A. NO.: 05-11404PBS<br>)<br>)<br>)<br>) |

## CERTIFICATION OF DEFENDANT JORGE ORTA

The undersigned party and his counsel hereby affirm that they conferred:

(a)     regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Jorge Orta

_____
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE,<br>    Plaintiff<br><br>vs.<br><br>JORGE ORTA, et al<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. NO.: 05-11404PBS<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF DEFENDANT MICHAEL MAHER

The undersigned party and his counsel hereby affirm that they conferred:

(a) regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Michael Maher

_____
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC LAVERRIERE,  )
    Plaintiff  )
  )
vs.  )   C.A. NO.: 05-11404PBS
  )
JORGE ORTA, et al  )
    Defendants  )

## CERTIFICATION OF DEFENDANT DANIELLE MARTIN

The undersigned party and her counsel hereby affirm that they conferred:

(a)    regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Danielle Martin

_____
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC LAVERRIERE,<br>    Plaintiff<br><br>vs.<br><br>JORGE ORTA, et al<br>    Defendants | C.A. NO.: 05-11404PBS |

## CERTIFICATION OF DEFENDANT ELIZABETH FLEMING

The undersigned party and her counsel hereby affirm that they conferred:

(a)  regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

*[signature]*
Elizabeth Fleming

*[signature]*
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE,<br>Plaintiff )<br>)<br>vs. )<br>)<br>JORGE ORTA, et al )<br>Defendants ) | C.A. NO.: 05-11404PBS |

## CERTIFICATION OF DEFENDANT THOMAS FLEMING

The undersigned party and his counsel hereby affirm that they conferred:

(a) regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

*Thomas P. Fleming*
Thomas Fleming

*Andrew J. Gambaccini*
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 654690