UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE,<br>　　Plaintiff,<br><br>v.<br><br>JORGE ORTA, THOMAS FLEMING,<br>ELIZABETH FLEMING, DANIELLE<br>MARTIN, MICHAEL MAHER and<br>ANTONIO MELE individually and in<br>their official capacities as police officers<br>of the City of Waltham, Massachusetts<br>and the CITY OF WALTHAM,<br>MASSACHUSETTS,<br>　　Defendants. | :<br>:<br>:<br>:  C.A. No. 05-11404-PBS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES**

Now come the parties, pursuant to the Scheduling Order of this Court dated November 3, 2005, and hereby move to extend the fact discovery deadline to and including September 29, 2006. The parties further request that the timetable for the filing of dispositive motions likewise be extended in accordance with this discovery extension, with any such dispositive motions to be filed by October 31, 2006, followed by the filing of any oppositions in the manner prescribed by the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts, as well as any additional orders of this Court. As grounds for this request, the parties state:

1.　　This matter involves claimed civil rights violations, advanced by means of 42 U.S.C. § 1983 and M.G.L. ch. 12, arising out of the Plaintiff having been placed into protective custody by the Waltham Police Department on January 1, 2005, following a New Year's Eve party. In addition to alleging the deprivation of myriad constitutional rights as a result of this seizure, the

operative Complaint further seeks to challenge the constitutionality of the Massachusetts protective custody statute, M.G.L. ch. 111B, as it relates to seizures of an individual within a private residence.

2.    In pursuing this claim, the Plaintiff, himself a resident of Maine, has named six (6) members of the Waltham Police Department as Defendants, along with the City of Waltham.

3.    The parties have been pursuing discovery diligently but, despite the best efforts of counsel, discovery has not been completed as anticipated. That said however, written fact discovery now nears completion.

4.    Moreover, the deposition of Defendant Jorge Orta has been completed and the deposition of the Plaintiff, after coordination amongst counsel as to timing and location, has been noticed for June 26, 2006. With respect to the remaining individual Defendants, although their depositions were noticed for May, 2006, the Plaintiff's counsel's busy trial schedule forced the postponement of those dates. After significant discussions amongst counsel and the parties involved, the depositions of the remaining individual Defendants all have been noticed and are scheduled to be concluded in July, 2006.

5.    Once the depositions of the parties are concluded, it is the present intention of counsel for the Defendants to depose percipient witnesses to the events underlying this litigation, some of whom, current information indicates, do not reside within the Commonwealth.

6.    Notwithstanding the difficulties of scheduling matters during the summer months, it is expected that these depositions can be completed by the requested fact discovery deadline of September 29, 2006.

7.    This relatively brief extension of the deadline for fact discovery, amounting to a ninety-

one (91) day extension, is in the interests of justice and judicial economy and should allow counsel to complete required discovery.

WHEREFORE, the parties respectfully request that the deadline for completion of fact discovery be extended to and including September 29, 2006 and the parties further request that the timetable for the filing of dispositive motions be extended to and including October 31, 2006, followed by the filing of any oppositions in the normal course.

| DEFENDANTS JORGE ORTA, THOMAS FLEMING, ELIZABETH FLEMING, DANIELLE MARTIN, MICHAEL MAHER and ANTONIO MELE, By their attorney, | THE CITY OF WALTHAM, By its attorneys, |
|---|---|
| /s/ Andrew J. Gambaccini<br>Andrew J. Gambaccini<br>BBO #: 654690<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>508.754.7220 | /s/ Luke Stanton<br>John Cervone, City Solicitor<br>Luke Stanton, Ass. City Solicitor<br>City of Waltham Law Department<br>119 School Street<br>Waltham, MA 02451 |

THE PLAINTIFF,
By his attorneys,

/s/ Laurie A. Frankl
Harvey A. Schwartz
BBO #: 448080
Laurie A. Frankl
BBO #: 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108