UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE,<br>    Plaintiff,<br><br>    v.<br><br>JORGE ORTA, THOMAS FLEMING,<br>ELIZABETH FLEMING, DANIELLE<br>MARTIN, MICHAEL MAHER and<br>ANTONIO MELE individually and in<br>their official capacities as police officers<br>of the City of Waltham, Massachusetts<br>and the CITY OF WALTHAM,<br>MASSACHUSETTS,<br>    Defendants.<br>_____ | :<br>:<br>:<br>:  C.A. No. 05-11404-PBS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES

Now come the parties, pursuant to the Scheduling Order of this Court dated November 3, 2005, and hereby move to extend the fact discovery deadline to and including November 30, 2006. The parties further request that the timetable for the filing of dispositive motions likewise be extended in accordance with this discovery extension, with any such dispositive motions to be filed by December 31, 2006, and oppositions to dispositive motions filed by January 31, 2007. As grounds for this request, the parties state:

1.    This matter involves claimed civil rights violations, advanced by means of 42 U.S.C. _ 1983 and M.G.L. ch. 12, arising out of the Plaintiff having been placed into protective custody by

the Waltham Police Department on January 1, 2005, following a New Year's Eve party. In addition to alleging the deprivation of constitutional rights as a result of this seizure, the

–1–

operative Complaint further seeks to challenge the constitutionality of the Massachusetts protective custody statute, M.G.L. ch. 111B, as it relates to seizures of an individual within a private residence.

2. In pursuing this claim, the Plaintiff, himself a resident of Maine, originally named six (6) members of the Waltham Police Department as Defendants, along with the City of Waltham.

3. The parties have been pursuing discovery diligently but, despite the best efforts of counsel, discovery has not been completed as anticipated. In particular the deposition of the plaintiff has been started but not completed as the Plaintiff's past medical records, located in different states have been difficult to obtain. Due to counsels' trial and vacation schedules depositions of witnesses that were intended to be taken during the summer were completed during the first week of September. Individuals deposed over the last 30 days have disclosed other percipient witness who counsel for the Defendants are attempting to locate and depose. That said however, written fact discovery now nears completion.

5. Notwithstanding ongoing discovery matter counsel for all parties are in the process of scheduling a mediation through the Court sponsored program.

6. This relatively brief extension of the deadline for fact discovery, for additional 60 days, will allow counsel to complete required discovery This Honorable Court has previously granted a motion to extend the discovery deadline on June 26, 2006 for a 60 day period and this new

request for an additional short 60 day period is keeping with all counsels attempts to move expeditiously on this matter.

WHEREFORE, the parties respectfully request that the deadline for completion of fact discovery be extended to and including November 30, 2006 and the parties further request that the timetable for the filing of dispositive motions be extended to and including December 31, 2006. Furthermore, the parties request that the filing date for oppositions to dispositive motions be extended to and including January 31, 2007

| | |
|---|---|
| DEFENDANTS JORGE ORTA, THOMAS FLEMING, ELIZABETH FLEMING, DANIELLE MARTIN, MICHAEL MAHER and ANTONIO MELE, <br> By their attorney, | THE CITY OF WALTHAM, <br> By its attorneys, |
| /s/ Andrew J. Gambaccini <br> Andrew J. Gambaccini <br> BBO #: 654690 <br> Reardon, Joyce & Akerson, P.C. <br> 397 Grove Street <br> Worcester, MA 01605 <br> 508.754.7220 | /s/ Luke Stanton <br> John Cervone, City Solicitor <br> Luke Stanton, Ass. City Solicitor <br> City of Waltham Law Department <br> 119 School Street <br> Waltham, MA 02451 |
| THE PLAINTIFF, <br> By his attorneys, | |
| /s/ Laurie A. Frankl <br> Harvey A. Schwartz <br> BBO #: 448080 <br> Laurie A. Frankl <br> BBO #: 647181 <br> Rodgers, Powers and Schwartz, LLP | |

18 Tremont Street, Suite 500
Boston, MA 02108