UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE,<br>    Plaintiff,<br><br>v.<br><br>JORGE ORTA, THOMAS FLEMING, ELIZABETH FLEMING, DANIELLE MARTIN, MICHAEL MAHER and ANTONIO MELE, individually and in their official capacities as police officers of the City of Waltham, Massachusetts and the CITY OF WALTHAM, MASSACHUSETTS,<br>    Defendants. | :<br>:<br>:<br>:    C.A. No. 05-11404-PBS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINES

    Now come the Defendants, Jorge Orta, Thomas Fleming, Elizabeth Fleming, Danielle Martin, Michael Maher and Antonio Mele, individually and in their official capacities as police officers of the City of Waltham, Massachusetts, as well as the City of Waltham, Massachusetts (hereinafter referred to as "the Defendants"), and hereby move to extend the deadline associated with the filing of any dispositive motions to and including November 30, 2006, with any oppositions to such motions to follow in the normal course. As grounds for this request, the Defendants state:

    1. As this Court is aware, this matter involves claimed civil rights violations, advanced under federal as well as state theories of liability, arising out of the Plaintiff having been placed into protective custody by the Waltham Police Department on January 1, 2005.

    2. Pursuant to an electronic Order of this Court dated June 26, 2006, dispositive motions

in this matter are to be filed on or before October 31, 2006, with any opposition to such motions to be filed on or before November 15, 2006 and argument to be heard on such motions on December 14, 2006.

      3. On November 8, 2005, following the initial scheduling conference in this matter, this Court issued a notice that alternative dispute resolution in this matter, if such a process was to be attempted, would be presided over by Magistrate Judge Leo T. Sorokin and that the parties were to await word from the Court as to scheduling.

      4. In September, 2006, the parties were contacted by the Court on the subject of mediation and, following discussion amongst counsel, the parties agreed to attempt mediation.

      5. On October 2, 2006, the parties received electronic notice from the Court that a mediation session has been scheduled with Judge Sorokin on November 3, 2006.

      6. Given this scheduling, it would be inefficient and impractical for the Defendants to abide by the current temporal framework for the filing of dispositive motions and oppositions to any such motions. As the deadlines now exist, the Defendants would be required to file any dispositive motions three days prior to the mediation session and the period of time within which the Plaintiff would be required to oppose any such motion would contain the mediation session itself.

      7. Counsel for the Defendants has communicated with Plaintiff's counsel on this matter and Plaintiff's counsel has indicated that this request by the Defendants will not be opposed, a position that evidences the fact that no prejudice will befall the Plaintiff as a result of this requested modification to the scheduling of this litigation.

      Accordingly, the Defendants respectfully request that this Court modify the existing

schedule with respect to dispositive motions to reflect the scheduling of a mediation session for November 3, 2006. It is further suggested that a deadline of November 30, 2006 for the filing of dispositive motions, with any oppositions to be filed thereafter in the manner prescribed by the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts, would be reasonable and appropriate.

| | |
|---|---|
| DEFENDANTS JORGE ORTA, THOMAS FLEMING, ELIZABETH FLEMING, DANIELLE MARTIN, MICHAEL MAHER and ANTONIO MELE, By their attorney, | THE CITY OF WALTHAM, By its attorneys, |
| /s/ Andrew J. Gambaccini  Andrew J. Gambaccini BBO #: 654690 Reardon, Joyce & Akerson, P.C. 397 Grove Street Worcester, MA 01605 508.754.7220 | /s/ Luke Stanton  John Cervone, City Solicitor Luke Stanton, Ass. City Solicitor City of Waltham Law Department 119 School Street Waltham, MA 02451 781.314.3330 |

Dated: October 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on October 19, 2006.

/s/ Andrew J. Gambaccini  
Andrew J. Gambaccini