UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC LAVERRIERE,<br>     Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | C.A. No. 05-11404-PBS |
| | : | |
| JORGE ORTA, THOMAS FLEMING, | : | |
| ELIZABETH FLEMING, DANIELLE | : | |
| MARTIN, MICHAEL MAHER and | : | |
| ANTONIO MELE individually and in | : | |
| their official capacities as police officers | : | |
| of the City of Waltham, Massachusetts | : | |
| and the CITY OF WALTHAM, | : | |
| MASSACHUSETTS, | : | |
|     Defendants. | : | |
| | : | |

**STIPULATION OF DISMISSAL AS TO DEFENDANTS THOMAS FLEMING,
ELIZABETH FLEMING, DANIELLE MARTIN, MICHAEL MAHER AND ANTONIO
MELE, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS POLICE
OFFICERS OF THE CITY OF WALTHAM, MASSACHUSETTS**

Following the development of a factual record through discovery, and pursuant to

Fed.R.Civ.P. 41 (a) (1) (ii), the parties hereby stipulate to the dismissal of Defendants Thomas

Fleming, Elizabeth Fleming, Danielle Martin, Michael Maher and Antonio Mele, both

individually and in their official capacities as police officers of the City of Waltham,

Massachusetts. This dismissal is to be with prejudice, without costs, without attorneys' fees

being awarded to either party and with all parties waiving all rights of appeal as to the subject

matter of this stipulation.

DEFENDANTS JORGE ORTA,
THOMAS FLEMING, ELIZABETH
FLEMING, DANIELLE MARTIN,
MICHAEL MAHER and ANTONIO
MELE,
By their attorney,


Andrew J. Gambaccini
BBO #: 654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
508.754.7220

THE PLAINTIFF,
By his attorneys,


Harvey A. Schwartz
BBO #: 448080
Laurie A. Frankl
BBO #: 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108

THE CITY OF WALTHAM,
By its attorneys,


John Cervone, City Solicitor
Luke Stanton, Ass. City Solicitor
City of Waltham Law Department
119 School Street
Waltham, MA 02451

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 30, 2006.

/s/ Andrew J. Gambaccini

By:_____

Andrew J. Gambaccini