UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                            Civil Action
                                                                            No: 05-11404-PBS

Eric Laverriere,
Plaintiff,

v.

Jorge Orta   and
City of Waltham, Massachusetts,
Defendants.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

      The Court having been advised that the above captioned action settled:

      It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

                                                                            By the Court,

                                                                           /s/ Robert C. Alba
                                                                          Deputy Clerk

November 3, 2006

To: All Counsel