UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ERIC LAVERRIERE** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-11404-PBS** |
| | ) | |
| **JORGE ORTA, THOMAS FLEMING,** | ) | |
| **ELIZABETH FLEMING, DANIELLE** | ) | |
| **MARTIN, MICHAEL MAHER and** | ) | |
| **ANTONIO MELE  individually and in** | ) | |
| **their official capacities as police officers** | ) | |
| **of the City of  Waltham, Massachusetts** | ) | |
| **and the CITY OF WALTHAM,** | ) | |
| **MASSACHUSETTS** | ) | |
| **Defendants** | ) | |

PLAINTIFF'S MOTION TO REMOVE ENTRY OF SETTLEMENT ORDER OF
DISMISSAL AND RESTORE CASE TO TRIAL LIST

On November 3, 2006, the parties to this case engaged in Court sponsored

mediation with Magistrate Judge Sorokin.  After almost a full day of negotiation,

the parties were successful in reaching an agreeable settlement.  All parties

understood that the settlement was contingent upon the Waltham City Council

approving the deal.  Based on this agreement, the Court entered a Settlement

Order of Dismissal on November 7, 2006.  In support of his motion, the plaintiff

states that he has not received any communication from the City of Waltham

confirming the adoption of his settlement. The affidavit of plaintiff's counsel,

Laurie A. Frankl, is also attached.

1

Since the mediation, plaintiff's counsel has only had one telephone communication with counsel for the City. On December 8, 2006 City Solicitor Cervone told plaintiff's counsel, Laurie Frankl, that the settlement had met with resistance at the first committee meeting and that he "had real doubts" that the settlement would be approved by the full committee. Plaintiff's counsel has had no communications with Waltham counsel since this phone call. Frankl Aff. ¶¶ 3, 4, 8.

Ms. Frankl has left numerous telephone messages and has sent numerous electronic mail messages to the Waltham attorneys, Mr. Cervone and Mr. Stanton. Frankl Aff. Ex. 1None of her messages have been returned. Frankl Aff. ¶ 4. On January 2, 2007, on the eve of today's expiration of the nisi period, Ms. Frankl received an e-mail from Mr. Gambaccini, in which he forwarded to her a message he received from Mr. Stanton. The message did not specifically mention the Laverriere matter, but indicated that some matter was adopted by the City Counsel. Frankl Aff. Ex. 2. In response, Ms. Frankl sent all defense counsel an e-mail explaining that Stanton's e-mail to Mr. Gambaccini was insufficient and asking that an attorney for Waltham please contact her office to verify that the settlement was approved and to explain the status of the settlement check. Frankl Aff. Ex. 3. Ms. Frankl informed Waltham counsel that unless she heard from them by day's end January 2, 2007, that she would file the instant motion. Plaintiff's counsel received no response from Waltham counsel. Frankl Aff. ¶ 7, 8.

Ms. Frankl has spoken several times with Andrew Gambaccini, counsel to individual defendant Jorge Orta. Mr. Gambaccini has relayed to her his understanding that the City Council approved the settlement, but because he is not counsel to the City, he has been unable to verify this information. Frankl Aff. ¶ 6. This case should not be dismissed based on second hand information that the settlement was approved.

Without confirmation from Waltham counsel that his settlement was actually approved by the City of Waltham, the plaintiff must request that his case be immediately restored to the trial list and that the Court issue a deadline for the filing of dispositive motions of January 17, 2007.

WHEREFORE, the plaintiff respectfully requests:

1) That Settlement Order, entered by this Court on November 7, 2006, be removed and that this case be immediately restored to the trial list; and

2) That the Court impose a January 17, 2007 deadline for the filing of dispositive motions.

3

Respectfully submitted,

ERIC LAVERRIERE, plaintiff,

By his attorneys,

/s/ Laurie A. Frankl
Harvey A. Schwartz
 BBO # 448080
Laurie A. Frankl
 BBO # 647181
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010
laurie@theemploymentlawyers.com

Dated: January 3, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE<br>    Plaintiff<br><br>    v.<br><br>JORGE ORTA, THOMAS FLEMING,<br>ELIZABETH FLEMING, DANIELLE<br>MARTIN, MICHAEL MAHER and<br>ANTONIO MELE  individually and in<br>their official capacities as police officers<br>of the City of  Waltham, Massachusetts<br>and the CITY OF WALTHAM,<br>MASSACHUSETTS<br>    Defendants | )<br>)<br>)<br>)    C.A. No. 05-11404-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF LAURIE A. FRANKL IN SUPPORT OF PLAINTIFF'S
MOTION TO REMOVE ENTRY OF SETTLEMENT *NISI* AND RESTORE
CASE TO TRIAL LIST

I, Laurie A. Frankl, Esq., do hereby depose and state:

1.    I am an attorney practicing at Rodgers, Powers & Schwartz, LLP. 18

Tremont St. Boston, MA 02108.  This office represents the plaintiff, Eric

Laverriere.

2.    On November 3, 2006, all parties to this case engaged in court sponsored

mediation with Magistrate Judge Sorokin.  As a result of the mediation, the

parties reached an agreement on the terms of settlement.  The agreed upon

settlement was contingent only upon the City Council of Waltham's

approval of the terms.  As part of the agreement, John Cervone, Solicitor to

the City of Waltham, agreed to recommend the settlement to the City

Council.

3.    On December 8, 2006, I spoke with John Cervone. Mr. Cervone informed

me that Mr. Laverriere's settlement was met with resistance at the first

committee meeting. He informed me that the settlement would be

presented to the full committee but that he "had [his] real doubts" about

whether the full committee would approve the deal. He told me that the

full committee would be meeting on Monday December 11, 2006.

4.    I have received no communication from the City of Waltham since my

December 8, 2006 telephone conversation with John Cervone. I have left

numerous telephone and e-mail messages with both Mr. Cervone and Luke

Stanton, Assistant City Solicitor. My e-mail messages of December 13, 18,

and 22 2006 are attached as Exhibit 1. None of my messages have been

returned.

5.    I have spoken a few times with Andrew Gambiccini, counsel to individual

defendant, Jorge Orta. Mr. Gambiccini has informed me that it is his belief

that the settlement was approved by the City, but because he does not

represent the City, has been unable to represent that this is so. I take Mr.

Gambaccini as a person of his word, however, because he does not

represent the City of Waltham, I can not dismiss Mr. Laverriere's case

based only on his understanding of the status of the settlement.

6.    Yesterday, January 2, 2007, I received an e-mail from Mr. Gambaccini; it was a message that he received from Mr. Stanton that he was forwarding to me. I was not an original recipient of Mr. Stanton's e-mail. Though Mr. Stanton's e-mail seems to indicate that Mr. Laverriere's settlement was approved and that the settlement check is being processed, it is not perfectly clear; also Mr. Stanton's e-mail was not addressed to me. Mr. Stanton's unclear e-mail, received by way of Mr. Gambaccini, is certainly not the type of representation upon which I would feel comfortable dismissing my client's case. Mr. Gambaccini's e-mail to me is attached as Exhibit 2.

7.    I sent an e-mail to all counsel yesterday informing them that Mr. Stanton's e-mail, forwarded to me by Mr. Gambaccini, was insufficient and requesting that I receive - by day's end - a confirmation from the City of Waltham that the settlement was approved and informing me of the status of the settlement check. I did not receive any response to my e-mail. This e-mail is attached as Exhibit 3.

8.    Despite my numerous attempts to communicate with counsel for the City, I have never been informed – in any way – by any person representing the City of Waltham that the settlement has been approved.

9.    The information contained in this affidavit is true and accurate.

Signed this 3rd day of January, 2007

/s/ Laurie A. Frankl
Laurie A. Frankl

# EXHIBIT  1

## Laurie

| | |
|---|---|
| **From:** | Laurie Frankl [laurie@theemploymentlawyers.com] |
| **Sent:** | Wednesday, December 13, 2006 10:03 AM |
| **To:** | 'jcervone@city.waltham.us'; 'lstanton@city.waltham.us'; 'Andrew J. Gambaccini' |
| **Cc:** | Harvey |
| **Subject:** | Laverriere |

John,
I'm waiting to hear from you regarding Monday's city council meeting.  Please give me a call at the office.
I'd like to let my client know the status of his settlement.
Thank you.
Laurie

Laurie A. Frankl
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010
fax: 617-742-7225

**Laurie**

| | |
|---|---|
| **From:** | Laurie Frankl [laurie@theemploymentlawyers.com] |
| **Sent:** | Monday, December 18, 2006 12:51 PM |
| **To:** | 'jcervone@city.waltham.us'; 'lstanton@city.waltham.us' |
| **Cc:** | 'Andrew J. Gambaccini'; Harvey |
| **Subject:** | Laverriere Settlement |

John and Luke –

I am disappointed that I have not heard from you about this settlement and whether it was approved by the council last week. I understand that the vote was taken last Monday – exactly one week ago. I cannot imagine a reason why I have not heard from either of you to learn what happened. Andy was kind enough to contact me to let me know that he believes that the settlement was approved, but that still he was unable to confirm this.

Your silence on this matter is unacceptable. Please contact me immediately so that we can decide how to proceed.

Laurie A. Frankl
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010
fax: 617-742-7225

## Laurie

| | |
|---|---|
| **From:** | Laurie Frankl [laurie@theemploymentlawyers.com] |
| **Sent:** | Friday, December 22, 2006 2:14 PM |
| **To:** | 'jcervone@city.waltham.us'; 'lstanton@city.waltham.us' |
| **Cc:** | Harvey |
| **Subject:** | Laverriere |

I just spoke with Andy Gambaccini. He informed me that the city is processing Mr. Laverriere's check. We expect receipt of the settlement check before the 60 day nisi order runs on January 3, 2007.

Laurie A. Frankl
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010
fax: 617-742-7225

# EXHIBIT  2

# Laurie

| | |
|---|---|
| **From:** | Laurie Frankl [laurie@theemploymentlawyers.com] |
| **Sent:** | Tuesday, January 02, 2007 3:41 PM |
| **To:** | 'Andrew J. Gambaccini' |
| **Cc:** | 'lstanton@city.waltham.us'; 'jcervone@city.waltham.us'; Harvey |
| **Subject:** | RE: Laverriere Matter |

Andy-

Thank you for forwarding this correspondence from Luke Stanton.

Luke/John, your email to Andy does not indicate that the Order Number referenced is Mr. Laverriere's settlement. As I've said numerous times in the past month, both by voice message and electronic mail, it shouldn't be difficult for one of you to contact Harvey or I to inform us of the status of this settlement. Your failure to do so is not excusable. Please fax to this office a letter indicating in no uncertain terms the status of Mr. Laverriere's settlement – both whether the settlement was adopted and when we can anticipate a settlement check. If you fail to do so, I will have no choice but to re-open this case for failure of the parties to reach settlement.

Laurie

---

**From:** Andrew J. Gambaccini [mailto:agambaccini@rja-law.com]
**Sent:** Tuesday, January 02, 2007 3:21 PM
**To:** 'Laurie Frankl'
**Subject:** FW: Laverriere Matter

Please see below correspondence from Luke.

Andrew J. Gambaccini
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, Massachusetts 01605
Tel:  508.754.7285
Fax: 508.754.7220
Email: agambaccini@rja-law.com

The information contained in this transmission, including any attachments, is privileged, confidential and intended solely for the recipient listed above. If you have received this transmission in error, please notify us immediately by email and delete the original message. The text of this email is similar to ordinary telephone or face-to-face conversations and does not reflect the level of factual or legal inquiry or analysis that would be applied in the case of a formal legal opinion.

---

**From:** Stanton, Luke [mailto:lstanton@city.waltham.ma.us]
**Sent:** Tuesday, January 02, 2007 3:29 PM
**To:** Andrew J. Gambaccini
**Subject:** Laverriere Matter

Andy:

As per your request.:

1/3/2007

Order Number 30578 from the Waltham City Council was read and adopted on December 11, 2006 , approved by the Mayor on December 2006 and is currently being processed.

I believe that before the check is issued social security number and a Tax ID will be required.

The woman from our office who processes the matter has been ill but upon her return I will update you forthwith.

Sincerely,

Luke Stanton

# EXHIBIT 3

## Laurie

| | |
|---|---|
| **From:** | Laurie Frankl [laurie@theemploymentlawyers.com] |
| **Sent:** | Tuesday, January 02, 2007 3:41 PM |
| **To:** | 'Andrew J. Gambaccini' |
| **Cc:** | 'lstanton@city.waltham.us'; 'jcervone@city.waltham.us'; Harvey |
| **Subject:** | RE: Laverriere Matter |

Andy-

Thank you for forwarding this correspondence from Luke Stanton.

Luke/John, your email to Andy does not indicate that the Order Number referenced is Mr. Laverriere's settlement. As I've said numerous times in the past month, both by voice message and electronic mail, it shouldn't be difficult for one of you to contact Harvey or I to inform us of the status of this settlement. Your failure to do so is not excusable. Please fax to this office a letter indicating in no uncertain terms the status of Mr. Laverriere's settlement – both whether the settlement was adopted and when we can anticipate a settlement check. If you fail to do so, I will have no choice but to re-open this case for failure of the parties to reach settlement.

Laurie

**From:** Andrew J. Gambaccini [mailto:agambaccini@rja-law.com]
**Sent:** Tuesday, January 02, 2007 3:21 PM
**To:** 'Laurie Frankl'
**Subject:** FW: Laverriere Matter

Please see below correspondence from Luke.

Andrew J. Gambaccini
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, Massachusetts 01605
Tel: 508.754.7285
Fax: 508.754.7220
Email: agambaccini@rja-law.com

The information contained in this transmission, including any attachments, is privileged, confidential and intended solely for the recipient listed above. If you have received this transmission in error, please notify us immediately by email and delete the original message. The text of this email is similar to ordinary telephone or face-to-face conversations and does not reflect the level of factual or legal inquiry or analysis that would be applied in the case of a formal legal opinion.

**From:** Stanton, Luke [mailto:lstanton@city.waltham.ma.us]
**Sent:** Tuesday, January 02, 2007 3:29 PM
**To:** Andrew J. Gambaccini
**Subject:** Laverriere Matter

Andy:

As per your request.: