UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC LAVERRIERE )<br>    Plaintiff )<br> )<br>v. )<br> )<br>JORGE ORTA, THOMAS FLEMING, )<br>ELIZABETH FLEMING, DANIELLE )<br>MARTIN, MICHAEL MAHER and )<br>ANTONIO MELE individually and in )<br>their official capacities as police officers )<br>of the City of Waltham, Massachusetts )<br>and the CITY OF WALTHAM, )<br>MASSACHUSETTS )<br>    Defendants ) | C.A. No. 05-11404-PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), all parties in this case, through counsel, stipulate to the dismissal with prejudice of the above-captioned action, each party to bear its own costs and attorney's fees, and waiving all rights of appeal.

Respectfully submitted,
Eric Laverriere, plaintiff,
By his attorneys,

 /s/Laurie A. Frankl
Harvey A. Schwartz
BBO # 448080
Laurie A. Frankl
BBO # 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Jorge Orta, defendant,
By his attorneys,

/s/ Andrew J. Gambaccini
Austin M. Joyce
BBO # 255040
Andrew J. Gambaccini
BBO # 654690
3997 Grove Street
Worcester, MA 01605
508-754-7285

City of Waltham, defendant,
By its attorneys,

/s/ Luke Stanton
John Cervone
BBO # 079900
Luke Stanton
BBO# 548619
City of Waltham Law Department
119 School Street
Waltham, MA 02451
781- 314-3330

Dated: January 30, 2007